526  N. Y. & M. C. F. R. R. & C. CO.,Appel., *v.* NORTH'D CO.

Statement of Facts—Opinion of the Court   [250 Pa.

## The New York & Middle Coal Field R. R. & Coal Co., Appellant, *v.* Northumberland Co. Commissioners.

Argued May 12, 1915.  Appeal, No. 143, January T., 1915, by the New York and Middle Coal Field Railroad and Coal Company, from decree of C. P. Northumberland Co., September T., 1913, No. 243, fixing the valuation of coal lands, in case of the New York and Middle Coal Field Railroad and Coal Company v. County Commissioners of Northumberland County.  Before BROWN, C. J., MESTREZAT, ELKIN, MOSCHZISKER and FRAZER, JJ. Reversed.

Appeals from decisions of the county commissioners sitting as a board of revision of taxes.  Before CUMMINGS, P. J., and MOSER, J.

The facts appear in The Lehigh Valley Coal Company v. Northumberland County Commissioners, 250 Pa. 515.

The court made certain changes in the valuation of the board of revision.  The New York and Middle Coal Field Railroad and Coal Company appealed.

*Error assigned* was the decree of the court.

*F. W. Wheaton,* with him *P. F. O'Neill,* for appellants.

*C. R. Savidge,* with him *J. H. McDevitt,* for appellee.

OPINION BY MR. JUSTICE ELKIN, July 3, 1915:

All that was said in Lehigh Valley Coal Company v. Commisioners of Northumberland County in an opinion handed down herewith, applies to the case at bar.  It will therefore be unnecessary to repeat here what was said in that case.  We deem it wise to remit the case to the court below in order that a proper valuation may be

fixed upon the tract of land in question based upon the weight of the evidence relating thereto.

Decree reversed and record remitted with direction to the court below to enter such final decree as the weight of the evidence warrants having regard to the views expressed in the Lehigh Valley Coal Company cases in the opinion just handed down. Costs of this appeal to be paid by appellee.